**DISMISS; and Opinion Filed August 14, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00582-CR

### DARIN BERNARD JOHNSON, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75869-V**

## MEMORANDUM OPINION
Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Molberg

Before the Court is appellant's August 12, 2019 motion to withdraw the appeal. In the motion, appellant states the trial court granted the motion for new trial and asks to withdraw the appeal. The motion is signed by appellate counsel but is not signed by appellant. *See* TEX. R. APP. P. 42.2(a) (appellant and his attorney must sign written motion to dismiss). Therefore, we deny the motion.

Also before the Court is a copy of the trial court's July 19, 2019 order granting appellant's motion for new trial. When the trial court grants a motion for new trial, the case is restored to its position before the former trial. TEX. R. APP. P. 21.9(b). Because there is no sentence to be appealed, we have no jurisdiction over the appeal. *See Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.–Dallas 1996, no pet.).

We dismiss this appeal for want of jurisdiction.

/Ken Molberg/
KEN MOLBERG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

190582F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DARIN BERNARD JOHNSON, Appellant

No. 05-19-00582-CR  V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-75869-V.
Opinion delivered by Justice Molberg, Justices Myers and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 14th day of August, 2019.